In the Matter of HENRIETTA DOLAN, Respondent, against RUFUS S. McGAHEN et al., as Trustees of the Police Pension Fund of the City of New York, Appellants.

Argued March 16, 1948; decided April 22, 1948.

*John P. McGrath, Corporation Counsel* (*Henry J. Shields* and *Seymour B. Quel* of counsel), for appellants.

*Samuel J. Siegel* and *Robert J. Eliasberg* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.